IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANGELA HUNTER | CASE NO.   5:13-CV-2749 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | MAG. JUDGE GEORGE J. LIMBERT |
| THE BOARD OF COUNTY COMMISSIONERS FOR WAYNE COUNTY, OHIO | **STIPULATED LEAVE TO PLEAD** |
| Defendant. | |

Now come Plaintiff and Defendant, by and through their respective counsel, and hereby stipulate to an additional twenty-one (21) days for Defendants to answer or otherwise respond to Plaintiff's Complaint in this matter.  As a result, the Answer or other responsive pleading will be due on or before February 5, 2014.

| | |
|---|---|
| __/s/ Michael A. Chester (approval on 1/8/14) | /s/ *Marshal M. Pitchford* |
| Michael A. Chester | Marshal M. Pitchford (0071202) |
| (Alabama State Bar No. ASB-3904-L74C) | mpitchford@ralaw.com |
| mchester@szalaw.com | Roetzel & Andress, LPA |
| Schwartz Roller & Zwilling | 222 S. Main St.,  Akron, OH  44308 |
| 600 Vestavia Parkway, Suite 251 | PH:  330.849.6698; FX:  330.376.4577 |
| Birmingham, Alabama 35216 | |
| PH: 205.822.2701; FX: 205.822.2702 | Attorney for Defendant Board of County Commissioners for Wayne County, Ohio |
| Attorney for Plaintiff | |

103941.0005
7921229 _1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2014, the foregoing **STIPULATED LEAVE TO PLEAD** was served upon the following Plaintiff's counsel via the Court's electronic filing:

Michael A. Chester
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
EMAIL: mchester@szalaw.com

/s/ Marshal M. Pitchford

103941.0005
7921229 _1